IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00881-MSK-CBS

WALTER M. BOND, and
HIGHLANDS RANCH CENTER FOR AESTHETIC & MAXILLOFACIAL SURGERY, P.C.,
a Colorado corporation,

    Plaintiffs,

v.

PRINCIPAL LIFE INSURANCE COMPANY, d/b/a Principal Financial Group,
ANKMOOR DOOR, INC.,
EMPLOYEE BENEFIT PLAN,
LITTLETON ADVENTIST HOSPITAL, a/k/a Centura Health Adventist Hospitals,
PORTER ADVENTIST HOSPITAL, a/k/a Centura Health Adventist Hospitals,
BC SERVICES, INC., as assignee for collection for Littleton Adventist Hospital and Porter Adventist Hospital,
UNIPATH, LLC, a Colorado limited liability company,
PROFESSIONAL AFFILIATES CO., INC., a Colorado corporation, as assignee for collection for Unipath, LLC,
SOUTH DENVER ANESTHESIOLOGISTS, and
PROFESSIONAL FINANCE COMPANY, INC., a Colorado corporation, as assignee for collection for South Denver Anesthesiologists,

    Defendants.

---

**ORDER FOR DISMISSAL OF DEFENDANTS LITTLETON ADVENTIST HOSPITAL, a/k/a CENTURA HEALTH ADVENTIST HOSPITALS AND PORTER ADVENTIST HOSPITAL, a/k/a CENTURA HEALTH ADVENTIST HOSPITALS**

---

    THIS CIVIL ACTION came before the court based upon the Stipulated Motion by

Plaintiffs and Defendants Littleton Adventist and Porter Hospitals for Dismissal and the

Disclaimer of Defendants Littleton Adventist and Porter Hospitals.  The court has reviewed the stipulated motion and disclaimer, has considered the file and any submissions of the other parties, and finds that the motion and disclaimer should be approved.  Good cause has been shown for the dismissal of the defendant hospitals from this civil action based on the assignment for collection to BC Services, Inc., and the disclaimer by the hospitals.  It is, therefore,

ORDERED that defendants Littleton Adventist Hospital, a/k/a Centura Health Adventist Hospitals and defendant Porter Adventist Hospital, a/k/a Centura Health Adventist Hospitals, have disclaimed any interest in this action and are therefore claims against them are hereby dismissed without prejudice to any party or claim, and without the requirement of the payment of any court costs.  Said defendants will be responsible for their own expenses.

Dated this 18th day of July 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge