IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00881-MSK-CBS

WALTER M. BOND, and
HIGHLANDS RANCH CENTER FOR AESTHETIC & MAXILLOFACIAL SURGERY, P.C.,
a Colorado corporation,

      Plaintiffs,

v.

PRINCIPAL LIFE INSURANCE COMPANY, d/b/a Principal Financial Group,
ANKMOOR DOOR, INC.,
EMPLOYEE BENEFIT PLAN,
BC SERVICES, INC., as assignee for collection for Littleton Adventist Hospital and Porter Adventist Hospital,
UNIPATH, LLC, a Colorado limited liability company,
PROFESSIONAL AFFILIATES CO., INC., a Colorado corporation, as assignee for collection for Unipath, LLC,
SOUTH DENVER ANESTHESIOLOGISTS, and
PROFESSIONAL FINANCE COMPANY, INC., a Colorado corporation, as assignee for collection for South Denver Anesthesiologists,

      Defendants.

---

### ORDER SETTING CONTINUED ERISA RULE 16 HEARING

---

      The continued ERISA Rule 16 hearing is set for **October 7, 2005** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 19th day of August, 2005.

                                                  **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                                  Marcia S. Krieger
                                                  United States District Judge