IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00881-MSK-CBS

WALTER M. BOND, and
HIGHLANDS RANCH CENTER FOR AESTHETIC & MAXILLOFACIAL SURGERY, P.C.,
a Colorado corporation,

     Plaintiffs,

v.

PRINCIPAL LIFE INSURANCE COMPANY, d/b/a Principal Financial Group,
ANKMOOR DOOR, INC.,
EMPLOYEE BENEFIT PLAN,
BC SERVICES, INC., as assignee for collection for Littleton Adventist Hospital and Porter
Adventist Hospital,
UNIPATH, LLC, a Colorado limited liability company,
PROFESSIONAL AFFILIATES CO., INC., a Colorado corporation, as assignee for collection
for Unipath, LLC,
SOUTH DENVER ANESTHESIOLOGISTS, and
PROFESSIONAL FINANCE COMPANY, INC., a Colorado corporation, as assignee for
collection for South Denver Anesthesiologists,

     Defendants.

---

### ORDER FOR DISMISSAL OF CLAIMS AGAINST CERTAIN DEFENDANTS

---

     THIS CIVIL ACTION came before the court for a hearing under Fed.R.Civ.P. 16.  During

the hearing the counsel for the parties stated an agreement for the dismissal of claims against

certain defendants.  Pursuant to the Stipulated Motion For Dismissal Of Certain Defendants

(#39).

ORDERED that the claims against defendants BC Services, Inc., South Denver Anesthesiologists, Professional Finance Company, Inc., Unipath, LLC, and Professional Affiliates Co., Inc., are dismissed, without prejudice. The caption on future pleadings will retain only those defendants against whom claims remain.

DATED this 2nd day of September, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge