IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00881-MSK-CBS

WALTER M. BOND, and
HIGHLANDS RANCH CENTER FOR AESTHETIC & MAXILLOFACIAL SURGERY, P.C.,
a Colorado corporation,

      Plaintiffs,

v.

PRINCIPAL LIFE INSURANCE COMPANY, d/b/a Principal Financial Group and
ANKMOOR DOOR, INC. EMPLOYEE BENEFIT PLAN,

      Defendants.
_____

**ORDER GRANTING STIPULATED MOTION FOR LATE FILING
OF THE ADMINISTRATIVE RECORD**
_____

THIS CIVIL ACTION comes before the court based on the parties' Stipulated Motion for Filing of the Administrative Record **(#45)** filed November 7, 2005. Good cause has been shown, based on unforeseen technical difficulties, for the filing of the Administrative Record by Friday, November 11, 2005. It is, therefore,

ORDERED that the Stipulated Motion for Filing of the Administrative Record is granted in so far as the parties may have through Friday, November 11, 2005 to file the Administrative

Record. The format is governed by the Local Rules of Practice.

DATED this 8th day of November, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge