IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00881-MSK-CBS

WALTER M. BOND, and
HIGHLANDS RANCH CENTER FOR AESTHETIC & MAXILLOFACIAL SURGERY, P.C.,
a Colorado corporation,

    Plaintiffs,

v.

PRINCIPAL LIFE INSURANCE COMPANY, d/b/a Principal Financial Group and
ANKMOOR DOOR, INC. EMPLOYEE BENEFIT PLAN,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the court upon the parties' Stipulated Motion for Dismissal with Prejudice (**#77**).  The stipulation reflects that the parties have achieved an agreement for the settlement of this civil action.  The court having reviewed the foregoing,

ORDERS that this civil action is dismissed with prejudice, with each party to pay the party's own costs, expenses, and attorney's fees incurred in connection with this action.  The Clerk shall close this case.

Dated this 9th day of June 2006.

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                  _____
                                  Marcia S. Krieger
                                  United States District Judge